MARK D. MILLER 116349
WILLIAM K. NELSON 279450
JARED E. CHRISTENSEN   300603
SIERRA IP LAW, PC
A Professional Corporation
7030 N. Fruit Ave., Suite 110
Fresno, California 93711
Post Office Box 5637
Fresno, California  93755-5637
Telephone:  (559) 436-3800
Facsimile:  (559) 436-4800

Attorneys for Plaintiff
Nanette Spyksma

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| NANETTE SPYKSMA, | Case No. |
| Plaintiff, | |
| v. | **COMPLAINT FOR SERVICE MARK INFRINGEMENT, UNFAIR COMPETITION, AND CONSTRUCTIVE TRUST** |
| SALIDA CHAMBER OF COMMERCE, a California Corporation, and DOES 1 through 10, inclusive. | |
| Defendant. | **DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiff NANETTE SPYKSMA, for her complaint against Defendants SALIDA CHAMBER OF COMMERCE, and DOES 1 through 10, hereby alleges as follows:

### THE PARTIES

1.      Plaintiff, NANETTE SPYKSMA, is an individual and a resident of the State of California, County of Stanislaus, and is doing business at 4536 Broadway Ave., #236, Salida, CA 95368.

2.      Defendant SALIDA CHAMBER OF COMMERCE (the "Chamber of Commerce"), on information and belief, is a corporation organized and existing under the laws

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

1

COMPLAINT FOR SERVICE MARK INFRINGEMENT, UNFAIR COMPETITION, AND CONSTRUCTIVE TRUST;
DEMAND FOR JURY TRIAL

of the State of California having its principal place of business in Salida, California in the County of Stanislaus and having a mailing address of P.O. Box 309, Salida, CA 95368.

3.    Plaintiff is presently unaware of the true names and capacities of the defendants identified herein under the fictitious names DOES 1 through 10. On information and belief, DOES 1 through 10 are responsible in some manner for the occurrences herein alleged, and Plaintiff's damages as herein alleged were proximately caused by those defendants. Plaintiff will amend her Complaint to identify the names and capacities of the DOE defendants when ascertained.

## JURISDICTION AND VENUE

4.    This is a civil action arising under the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*, and under the statutory and common law of the State of California.  Subject matter jurisdiction being expressly conferred in accordance with 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a). This court has pendant jurisdiction over all related claims herein in accordance with 28 U.S.C. § 1338(b).

5.    This Court has supplemental jurisdiction over Plaintiff's pendent state law claims pursuant to 28 U.S.C. § 1367 in that the state law claims are integrally interrelated with Plaintiff's federal claims and arise from a common nucleus of operative facts such that the administration of Plaintiff's state law claims with her federal claims furthers the interest of judicial economy.

6.    This Court has personal jurisdiction over Defendants because they are residents of the County of Stanislaus, State of California, and Salida Chamber of Commerce conducts all of its business in this District.

7.    Venue is proper in this district pursuant to 28 U.S.C. § 1391 in that Defendants reside in this judicial district, and defendants have committed a significant number of the offending acts in this judicial district.

## FACTS COMMON TO ALL COUNTS

8.    This is an action for damages and injunctive relief resulting from the infringement of Plaintiff's service mark, false designation of origin, and unfair competition, pursuant to 15

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

2

COMPLAINT FOR SERVICE MARK INFRINGEMENT, UNFAIR COMPETITION, AND CONSTRUCTIVE TRUST;
DEMAND FOR JURY TRIAL

U.S.C. § 1051, et seq., California Business & Professions Code §§ 17000, et seq., California Business & Professions Code §§ 17200, et seq., and the common law.

9.      Beginning in March, 2016, Plaintiff (Mrs. Spyksma) by her own initiative organized, advertised, and established a public festival held in Salida, California under the service mark *SALIDA OLD FASHIONED COUNTRY FESTIVAL*.  Mrs. Spyksma conceived the festival to replace the discontinued "Salida Town and Country Parade and Festival" that had been annually held by the Salida Civic Association, Inc. until the last of these festivals was held in August, 2015.

10.     Upon information and belief, the President of the Salida Civic Association, Inc., Kathy Paioni, approached the President of the Chamber of Commerce, Katherine Borges, in or around September, 2015 and inquired as to whether the Chamber of Commerce would be interested in adopting and sponsoring the "Salida Town and Country Parade and Festival" to keep it going.  However, the Chamber of Commerce declined to adopt the festival.

11.     Having a fondness for the discontinued "Salida Town and Country Parade and Festival" and believing in the value the discontinued festival brought to the community, Mrs. Spyksma sought to create a similar festival to replace the "Salida Town and Country Parade and Festival".  In or around May, 2016, Mrs. Spyksma, a member of the Chamber of Commerce, proposed that the Chamber of Commerce sponsor a new festival to replace the "Salida Town and Country Parade and Festival", but the Chamber of Commerce declined to do so, indicating that such community festivals are more trouble than they are worth.

12.     Despite the rejection of the festival by the Chamber of Commerce, Mrs. Spyksma resolved to move ahead with a new community festival on her own and without the Chamber's sponsorship or help, and formed and directed an independent committee separate from the Chamber of Commerce to organize a new annual festival in Salida, California under the *SALIDA OLD FASHIONED COUNTRY FESTIVAL* service mark.  Under Mrs. Spyksma's direction, the committee planned and organized the festival and set a date of September 16, 2017 on which the festival was to be held.

13.     In preparation for the festival, Mrs. Spyksma drafted, mailed, and reviewed

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA 93755-5637

COMPLAINT FOR SERVICE MARK INFRINGEMENT, UNFAIR COMPETITION, AND CONSTRUCTIVE TRUST;
DEMAND FOR JURY TRIAL

applications for vendors; marketed the festival to the Salida community; planned and organized the event, including booking entertainment and obtaining permits; and was the public face of the festival.

14.     The Plaintiff established a Facebook page in October, 2016 (accessible at https://www.facebook.com/SalidaOldFashionCountryFestival/) and established a website, www.salidafestival.com in or around early November, 2016 to notify the public of the upcoming festival event, request volunteer help from the community, and seek vendors and sponsors for the event.  The Plaintiff's Facebook page has 535 followers, and has received numerous inquiries from community members regarding the location and activities, and vendor and sponsorship opportunities.  On or about October 9, 2016, Mrs. Spyksma also set up an email account as a public contact for the festival:  salidafestival@gmail.com.  The website, social media, and email for the festival are all under the control of Mrs. Spyksma, and were created to connect Mrs. Spyksma with the community and to promote the festival.

15.     Mrs. Spyksma's husband developed fliers and signs which were posted and circulated in the town of Salida and on Plaintiff's Facebook page in the months preceding the 2017 festival.  The fliers and signs identified only the Plaintiff and her Facebook page as contact information for the festival.  A copy of a flier created by Mr. Spyksma is attached hereto as Exhibit A, and is incorporated herein by this reference.

16.     Mrs. Spyksma and her committee were able to gain the participation of nearly 60 vendors in the 2017 festival and draw a large estimated crowd of more than 700 people, resulting in a net gain for the 2017 festival of a few thousand dollars.

17.     Because of the Plaintiff's leadership and her committee's efforts, the festival held on September 16, 2017 was a success, bringing in higher than expected attendance and proceeds. After the success of the 2017 festival, Mrs. Spyksma quickly began planning the 2018 festival and began advertising the 2018 festival under the *SALIDA OLD FASHIONED COUNTRY FESTIVAL* service mark with plans of continuing the festival on an annual basis under the mark. Mrs. Spyksma posted on her Facebook page on October 4, 2017 that plans for the 2018 festival were underway, and that her committee was looking for volunteers, providing the email address

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

COMPLAINT FOR SERVICE MARK INFRINGEMENT, UNFAIR COMPETITION, AND CONSTRUCTIVE TRUST; DEMAND FOR JURY TRIAL

Mrs. Spyksma established (salidafestival@gmail.com) as the festival's contact information. Over the next several months, Mrs. Spyksma and the committee members went on to book vendors and entertainment, create advertisements, and work toward securing permits for the 2018 festival, which Mrs. Spyksma scheduled for September 8, 2018.

18.     While members of the Chamber of Commerce did play some role in the 2017 festival and in the preparations for the 2018 festival, they did so only as volunteers under the Plaintiff's direction.  The 2017 festival was never controlled by the Chamber, it was not intended to be controlled by or for the benefit of the Chamber, and the Chamber's members did little to advertise or generate community support.  Mrs. Spyksma had approached the Chamber of Commerce in December, 2016 to inquire as to whether the Chamber would sponsor the 2017 festival.  The Chamber of Commerce declined to sponsor the event or have any significant role in planning, organizing, advertising, or building up the 2017 festival.  Certain members of the Chamber who participated in organizing the 2017 festival did so under Mrs. Spyksma's direction, but they were not doing so in their official capacity as members of the Chamber of Commerce.

19.     While it played no role in the organizing, advertising, or building community support for the 2017 festival, the Chamber of Commerce did agree to accept funds from vendors and sponsors of the 2017 festival on behalf of Mrs. Spyksma, at her request.  Mrs. Spyksma made this request of the Chamber of Commerce because she intended the festival to be a non-profit event for the benefit of the Salida community and she had not yet established her own non-profit corporation.  Mrs. Spyksma was misled by members of the Chamber of Commerce, who misinformed her that it would take twelve to eighteen months to establish a non-profit corporation to run the festival.  Mrs. Spyksma, not having experience in establishing non-profit corporate entities, took the misinformation as true and requested that the Chamber of Commerce act as the recipient of funds for the 2017 festival with the mutual understanding that the funds were to be for the benefit of Mrs. Spyksma's festival and the Salida Community.  While Mrs. Spyksma sent out vendor applications and sponsor solicitations for the 2017 festival, the Chamber of Commerce received the vendor and sponsor funds at Mrs. Spyksma's request.  Even

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

COMPLAINT FOR SERVICE MARK INFRINGEMENT, UNFAIR COMPETITION, AND CONSTRUCTIVE TRUST;
DEMAND FOR JURY TRIAL

1  so, there was never an intent or understanding that the money generated by the 2017 festival

2  would be kept by the Chamber of Commerce.  Thus, the Chamber of Commerce's only role was

3  as a non-profit conduit for the 2017 festival funds.  Mrs. Spyksma has since established her own

4  non-profit corporation, SALIDA FESTIVAL ENTERPRISES, for the purpose of organizing and

5  hosting her annual festival under the *SALIDA OLD FASHIONED COUNTRY FESTIVAL* mark.

6      20.    On information and belief, after seeing the success of the 2017 festival, the

7  Chamber of Commerce is now attempting to wrest control of the 2018 festival from Mrs.

8  Spyksma and is using her *SALIDA OLD FASHIONED COUNTRY FESTIVAL* service mark to

9  compete directly with her.  The Chamber of Commerce is attempting to run a festival on the

10  same date, September 8, 2018, under the same *SALIDA OLD FASHIONED COUNTRY*

11  *FESTIVAL* service mark, and began a rival marketing campaign in mid-June, 2018.

12      21.    The Chamber of Commerce has also kept the funds from the 2017 festival, even

13  though the funds were accepted under the understanding that they would be for the benefit of the

14  festival and the community, not the Chamber of Commerce.

15      22.    Mrs. Spyksma is the owner and holder of rights in the service mark *SALIDA OLD*

16  *FASHIONED COUNTRY FESTIVAL* by virtue of Mrs. Spyksma's use of this mark in connection

17  with the creation, organization, marketing, and hosting of the festival under the mark, and her

18  continued efforts create and sustain an annual festival under the mark.   Mrs. Spyksma has been

19  using the *SALIDA OLD FASHIONED COUNTRY FESTIVAL* service mark in connection with

20  festival (entertainment services) continuously since her marketing campaign began in 2016, and

21  Mrs. Spyksma has therefore acquired broad common-law rights in the *SALIDA OLD*

22  *FASHIONED COUNTRY FESTIVAL* service mark.

23      23.    Mrs. Spyksma has extensively marketed her services in advertising and

24  promotional materials which featured and drew attention to the *SALIDA OLD FASHIONED*

25  *COUNTRY FESTIVAL* service mark. Mrs. Spyksma's use of her *SALIDA OLD FASHIONED*

26  *COUNTRY FESTIVAL* mark are exemplified by her Facebook page, website, and marketing

27  materials, including the flier included as Exhibit A.

28      24.    As a result of substantial development, marketing, and advertising expenditures,

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA 93755-5637

6

COMPLAINT FOR SERVICE MARK INFRINGEMENT, UNFAIR COMPETITION, AND CONSTRUCTIVE TRUST;
DEMAND FOR JURY TRIAL

1 and extensive personal time and effort, Mrs. Spyksma has developed strong community

2 recognition of the festival and the *SALIDA OLD FASHIONED COUNTRY FESTIVAL* service

3 mark. Substantial goodwill of great importance and value to Mrs. Spyksma exists in this mark.

4       25.     Plaintiff is informed and believes that Defendants have willfully adopted the

5 *SALIDA OLD FASHIONED COUNTRY FESTIVAL* mark and are using it to directly compete

6 with Mrs. Spyksma to create a rival festival to be held on the same date in Salida, California.

7 Plaintiff is informed and believes that the Chamber of Commerce created a Facebook page on or

8 around June 23, 2018 to advertise their rival festival under the *SALIDA OLD FASHIONED*

9 *COUNTRY FESTIVAL* service mark, such that it is nearly impossible to distinguish Mrs.

10 Spyksma's Facebook page from the Chamber of Commerce's Facebook page. Plaintiff is

11 informed and believes that the Chamber of Commerce is using its Facebook page to promote the

12 rival festival and solicit vendors and sponsors.

13       26.     Plaintiff is informed and believes and thereon alleges that on or around June 15,

14 2018, Defendant SALIDA CHAMBER OF COMMERCE filed an application with the United

15 States Patent and Trademark Office (Serial No. 88003105) to register the *SALIDA OLD*

16 *FASHIONED COUNTRY FESTIVAL* service mark for use with organizing community festivals

17 for cultural or entertainment purposes. Plaintiff is informed and believes that the Chamber of

18 Commerce was aware of Plaintiff's common law rights to the *SALIDA OLD FASHIONED*

19 *COUNTRY FESTIVAL* service mark at least as early as the date of its application, and falsely

20 indicated in its application that Chamber of Commerce was unaware of any other person with

21 rights to use the mark in connection with the services listed so as to cause confusion or mistake,

22 or to deceive.

23       27.     Plaintiff is informed and believes and thereon alleges that Plaintiff has superior

24 common law rights in the *SALIDA OLD FASHIONED COUNTRY FESTIVAL* service mark

25 because Plaintiff was first to use the *SALIDA OLD FASHIONED COUNTRY FESTIVAL* service

26 mark, prior to the use by Defendants, and Plaintiff has used the mark continuously since her first

27 use of the mark.

28       28.     Plaintiff is informed and believes, and thereon alleges, that Defendants' use of the

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA 93755-5637

COMPLAINT FOR SERVICE MARK INFRINGEMENT, UNFAIR COMPETITION, AND CONSTRUCTIVE TRUST;
DEMAND FOR JURY TRIAL

1  *SALIDA OLD FASHIONED COUNTRY FESTIVAL* mark is a knowing and willful attempt to

2  trade on the goodwill created by Plaintiff in the *SALIDA OLD FASHIONED COUNTRY*

3  *FESTIVAL* service mark.   Defendants' use of the *SALIDA OLD FASHIONED COUNTRY*

4  *FESTIVAL* mark in commerce in connection with providing a festival and entertainment services

5  is likely to cause confusion, mistake, or deception among consumers as to the source, quality, and

6  nature of Defendants' services.

7

8  ## COUNT 1

9  ## SERVICE MARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, AND

10  ## UNFAIR COMPETITION UNDER LANHAM ACT § 43

11  ### (15 U.S.C. §1125(a))

12  29.    Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through

13  28, inclusive, above as though the same were fully set forth herein.

14  30.    Defendants' use of the *SALIDA OLD FASHIONED COUNTRY FESTIVAL*

15  service mark as alleged herein, without Plaintiff's consent, constitutes service mark

16  infringement, false designation of origin, and unfair competition in violation of Section 43(a) of

17  the Lanham Act, 15 U.S.C. § 1125(a).  Defendants' service mark infringement, false designation

18  of origin, and unfair competition are likely to cause confusion, or cause mistake, or to deceive

19  the public as to the affiliation, connection, or association of the Defendant with Plaintiff, or as to

20  the origin, sponsorship, or approval of Defendants' services or commercial activities by Plaintiff.

21  31.    On information and belief, the *SALIDA OLD FASHIONED COUNTRY*

22  *FESTIVAL* service mark was adopted by Defendants with full knowledge of Plaintiff's

23  ownership and use of the *SALIDA OLD FASHIONED COUNTRY FESTIVAL* service mark, and

24  was adopted with full knowledge of the community's recognition and association of the *SALIDA*

25  *OLD FASHIONED COUNTRY FESTIVAL* service mark with Plaintiff's festival, for the purpose

26  of trading upon the goodwill associated with Plaintiff's mark, and to obtain recognition of and

27  demand for Defendants' rival festival and entertainment services that they otherwise would not

28  have had.

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

COMPLAINT FOR SERVICE MARK INFRINGEMENT, UNFAIR COMPETITION, AND CONSTRUCTIVE TRUST;
DEMAND FOR JURY TRIAL

32.     Defendants' unauthorized use of the *SALIDA OLD FASHIONED COUNTRY FESTIVAL* service mark has caused confusion, mistake, and deception in the mind of the purchasing public and, thus, constitutes infringement of Plaintiff's rights, all in violation of 15 U.S.C. § 1125(a).

33.     Plaintiff is entitled to recover from Defendants the actual damages that it sustained and/or is likely to sustain as a result of Defendants' wrongful acts, such damages inuring to the benefit of and transferrable to Plaintiff's non-profit corporation, SALIDA FESTIVAL ENTERPRISES. Plaintiff is presently unable to ascertain the full extent of the monetary damages that it has suffered and/or is likely to suffer by reason of Defendants' acts of false designation of origin.

34.     Plaintiff is further entitled to recover from Defendants the gains, profits, and advantages that Defendants have obtained as a result of their wrongful acts, such damages inuring to the benefit of and transferrable to Plaintiff's non-profit corporation, SALIDA FESTIVAL ENTERPRISES. Plaintiff is presently unable to ascertain the full extent of the gains, profits, and advantages that Defendants have realized by reason of its acts of service mark infringement, false designation of origin and unfair competition.

35.     On information and belief, Defendants' acts of infringement are deliberate and willful, Plaintiff is entitled to an award of enhanced damages and profits under 15 U.S.C. § 1117, such damages inuring to the benefit of and transferrable to Plaintiff's non-profit corporation, SALIDA FESTIVAL ENTERPRISES.

36.     Defendants' aforesaid acts are greatly and irreparably harming to Plaintiff and will continue to harm Plaintiff unless restrained by this Court, and, therefore, Plaintiff is without an adequate remedy at law.

## COUNT 2

## INFRINGEMENT OF SERVICE MARK AND

## UNFAIR COMPETITION UNDER COMMON LAW

37.     Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

36, inclusive, above as though the same were fully set forth herein.

38.    On information and belief, Defendants' use of the *SALIDA OLD FASHIONED COUNTRY FESTIVAL* service mark was adopted with full knowledge of Plaintiff's common law service mark *SALIDA OLD FASHIONED COUNTRY FESTIVAL* for the purpose of trading upon the goodwill associated with Plaintiff's mark, and to obtain recognition and demand for its rival festival and entertainment services that it otherwise would not have had.

39.    Defendants' unauthorized use of the *SALIDA OLD FASHIONED COUNTRY FESTIVAL* service mark has caused confusion and mistake in the mind of the purchasing public and, thus, constitutes infringement of Plaintiff's rights, all in violation of the common law. On information and belief, Defendants' acts of infringement are deliberate and willful.

40.    Plaintiff is entitled to recover from Defendants the actual damages that it sustained and/or is likely to sustain as a result of Defendants' wrongful acts, such damages inuring to the benefit of and transferrable to Plaintiff's non-profit corporation, SALIDA FESTIVAL ENTERPRISES. Plaintiff is presently unable to ascertain the full extent of the monetary damages that it has suffered and/or is likely to suffer by reason of Defendants' acts of service mark infringement.

41.    Plaintiff is further entitled to recover from defendants the gains, profits, and advantages that Defendants have obtained as a result of their wrongful acts, such gains, profits, and advantages inuring to the benefit of and transferrable to Plaintiff's non-profit corporation, SALIDA FESTIVAL ENTERPRISES. Plaintiff is presently unable to ascertain the full extent of the gains, profits, and advantages that defendants have realized by reason of their acts of service mark infringement.

42.    Defendants' aforesaid acts are greatly and irreparably harming to Plaintiff and will continue to harm Plaintiff unless restrained by this Court, and, therefore, Plaintiff is without an adequate remedy at law.

### COUNT 3

### <u>UNFAIR COMPETITION AND UNFAIR BUSINESS PRACTICES</u>

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

COMPLAINT FOR SERVICE MARK INFRINGEMENT, UNFAIR COMPETITION, AND CONSTRUCTIVE TRUST;
DEMAND FOR JURY TRIAL

**(California Business & Professions Code sections 17000, et seq. and 17200)**

43.     Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 42, inclusive, above as though the same were fully set forth herein.

44.     Defendants' unlawful conduct, including use of Plaintiff's service mark and goodwill for its own benefit, to the likely confusion of the public, constitutes unfair competition under California Business & Professions Code sections 17000, et seq. and 17200, et seq. and entitles Plaintiff to such relief as set forth in those statutes.   On information and belief, Defendants' aforesaid acts are deliberate and willful.

45.     By reason of defendants' misconduct, defendants have been unjustly enriched at the expense of Plaintiff in a substantial sum, and Plaintiff is entitled to the restitution of said sum which is as yet unknown to her, such sum inuring to the benefit of and transferrable to Plaintiff's non-profit corporation, SALIDA FESTIVAL ENTERPRISES.   In addition, Plaintiff is entitled to disgorgement of Defendants' ill-gotten gains in order to prevent further acts of unfair competition, such gains inuring to the benefit of and transferrable to Plaintiff's non-profit corporation, SALIDA FESTIVAL ENTERPRISES.

46.     Defendants' aforesaid acts are greatly and irreparably harming to Plaintiff and will continue to harm Plaintiff unless restrained by this Court, and, therefore, Plaintiff is without an adequate remedy at law.

**COUNT 4**

**UNJUST ENRICHMENT UNDER COMMON LAW**

47.     Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 46, inclusive, above as though the same were fully set forth herein.

48.     By virtue of Defendants' wrongful acts described above, Defendants have been unjustly enriched in an amount to be proven at trial.

49.     Defendants' retention of monies gained through its deceptive business practices, infringements, and otherwise, would serve to unjustly enrich Defendants and would be contrary to the interests of justice.

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

COMPLAINT FOR SERVICE MARK INFRINGEMENT, UNFAIR COMPETITION, AND CONSTRUCTIVE TRUST;
DEMAND FOR JURY TRIAL

**COUNT 5**

**CONSTRUCTIVE TRUST**

50.     Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 49, inclusive, above as though the same were fully set forth herein.

51.     By virtue of Defendants' wrongful acts described above, Defendants have been unjustly enriched in an amount to be proven at trial, and Plaintiff is entitled to the imposition of a constructive trust on all proceeds received by Defendants in connection with Plaintiff's festival.

52.     Constructive trust should be imposed because Defendant cannot in good conscience retain the beneficial interest in the monies collected in connection with Plaintiff's festival, and the Defendants should act as trustees holding title for the benefit of the Plaintiff, and the monies in question should be transferred to Plaintiff's non-profit corporation, SALIDA FESTIVAL ENTERPRISES.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests that this court enter judgment in its favor and grant the following alternative and cumulative relief:

1.     **Accounting.**  That Defendants be required to account to Plaintiff for all profits and damages resulting from Defendants' unlawful activities.

2.     **Injunctive Relief.**   That preliminary and permanent injunctions be issued enjoining Defendants and their agents, servants, employees, and attorneys and those in active concert or participation with them, from and in any way:

a.     Using the *SALIDA OLD FASHIONED COUNTRY FESTIVAL* service mark, or any colorable imitation thereof in any manner in connection with the providing festivals or other entertainment services, including advertising and promoting such services; or using Plaintiff's *SALIDA OLD FASHIONED COUNTRY FESTIVAL* service mark, or any reproduction, counterfeit, copy or colorable imitation of Plaintiff's mark in any manner in connection with providing festival or entertainment services, including advertising and promoting such services;

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

COMPLAINT FOR SERVICE MARK INFRINGEMENT, UNFAIR COMPETITION, AND CONSTRUCTIVE TRUST;
DEMAND FOR JURY TRIAL

b.     Possessing, receiving, manufacturing, distributing, advertising, promoting, returning, or otherwise disposing of, in any manner, labels, tags, logos, decals, emblems, signs, and other forms of markings, any brochures, business cards, letterhead, flyers, catalogs, price lists, promotional materials and the like, bearing a copy or colorable imitation of Plaintiff's service mark;

c.     Using any logo, trade name, trademark, or service mark which may be calculated to falsely represent, or which has the effect of falsely representing, that the services of Defendants or of third parties as sponsored by, authorized by, or in any way associated with Plaintiff;

d.     Representing themselves as being connected with, sponsored by, or in any way associated with Plaintiff, or engaging in any act that is likely to cause the trade, retailers, and/or members of the public to believe that Defendants are associated with Plaintiff;

e.     Otherwise infringing Plaintiff's common law service mark, or otherwise unfairly competing with Plaintiff;

f.     Destroying, altering, disposing of, concealing, tampering with, or in any manner secreting any and all business records, invoices, correspondence, books of account, receipts, or other documentation relating or referring in any manner to the manufacture, advertising, receiving, acquisition, importation, purchase, sale or offer for sale, or distribution of any products or services bearing Plaintiff's service mark or any colorable imitation thereof; and

h.     That Defendants be required to deliver up to Plaintiff for destruction all literature, labels, advertising and other materials of an infringing, false, misleading, or unfair nature in Defendants' possession or control and all plates, molds, matrices and other means of making the same; and

i.     That Defendants be required to file with the Court and serve on Plaintiff an affidavit setting forth in detail the manner and form in which defendants have complied with the terms of any injunction entered by this Court.

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA 93755-5637

13

COMPLAINT FOR SERVICE MARK INFRINGEMENT, UNFAIR COMPETITION, AND CONSTRUCTIVE TRUST;
DEMAND FOR JURY TRIAL

3. **Damages.** That Plaintiff be awarded damages against Defendants, such damages inuring to the benefit of and transferrable to Plaintiff's non-profit corporation, SALIDA FESTIVAL ENTERPRISES, as follows:

     a. Plaintiff's actual damages and Defendants' profits pursuant to 15 U.S.C. section 1117(a); and

     b. For three times such profits or damages as provided under 15 U.S.C. section 1117(b); and

     c. Compensatory and other damages pursuant to state law.

4. **Restitution, Disgorgement**. For disgorgement of defendants' ill-gotten gains resulting from their unlawful activities and restitution of Defendants' ill-gotten gains to Plaintiff's non-profit corporation, SALIDA FESTIVAL ENTERPRISES.

5. **Constructive Trust.** For an order from the Court that an asset freeze or constructive trust be imposed over all monies and profits in Defendants' possession which rightfully belong to Plaintiff and inure to the benefit of Plaintiff's non-profit corporation, SALIDA FESTIVAL ENTERPRISES.

6. **Attorneys' Fees and Costs**. That Plaintiff have and receive her costs in this action, including an award of reasonable attorney fees pursuant to 15 U.S.C. section 1117 and Federal Rules of Civil Procedure 54(d).

7. For such other and further relief as the court deems just and proper.

Dated: August 17, 2018

                        SIERRA IP LAW, PC
                        A Professional Corporation

                        By _____/s/Mark D. Miller_____
                             Mark D. Miller
                             Attorneys for Plaintiff,
                             Nanette Spyksma

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA 93755-5637

14

COMPLAINT FOR SERVICE MARK INFRINGEMENT, UNFAIR COMPETITION, AND CONSTRUCTIVE TRUST;
DEMAND FOR JURY TRIAL

1

## <u>DEMAND FOR TRIAL BY JURY</u>

2
3
4

Pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment to the Constitution of the United States, Plaintiff hereby demands a trial by jury on all issues so triable.

5

Dated:  August 17, 2018

6
7

SIERRA IP LAW, PC
A Professional Corporation

8
9
10

By ___/s/Mark D. Miller_____
Mark D. Miller
Attorneys for Plaintiff,
Nanette Spyksma

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

15

COMPLAINT FOR SERVICE MARK INFRINGEMENT, UNFAIR COMPETITION, AND CONSTRUCTIVE TRUST;
DEMAND FOR JURY TRIAL