MARK D. MILLER 116349
WILLIAM K. NELSON 279450
JARED C. CHRISTENSEN   300603
SIERRA IP LAW, PC
A Professional Corporation
7030 N. Fruit Ave., Suite 110
Fresno, California 93711
Post Office Box 5637
Fresno, California  93755-5637
Telephone:  (559) 436-3800
Facsimile:   (559) 436-4800

Attorneys for Plaintiff
Nanette Spyksma

TERPSTRA HENDERSON
A Professional Corporation
KATIE O. LUCCHESI (SBN 301073)
578 N. Wilma Avenue, Suite A
Ripon, CA 95366
Office: (209) 599-5003
Fax: (209) 599-5008
Email: klucchesi@thtlaw.com

Attorneys for Defendant
Salida Chamber of Commerce

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| NANETTE SPYKSMA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SALIDA CHAMBER OF COMMERCE, a California Corporation, and DOES 1 through 10, inclusive.<br><br>　　　　　Defendant. | Case No. **1:18−CV−01116−DAD−BAM**<br><br>**JOINT AGREEMENT TO SUBMIT SETTLEMENT AGREEMENT EX PARTE** |

Pursuant to the Court's request, the parties hereto agree as follows:

WHEREAS plaintiff NANETTE SPYKSMA and defendant SALIDA CHAMBER OF COMMERCE, a California non-profit corporation, have reached a confidential settlement of disputes including the matters stated in the complaint in this action;

WHEREAS as a result of such settlement, the parties have submitted a Dismissal of Complaint pursuant to F.R.C.P. 41 on March 15, 2019 ("Dismissal") dismissing the claims in the present action with prejudice;

WHEREAS the parties have requested that the court shall retain jurisdiction to enforce the confidential settlement agreement reached between the parties in this action pursuant an Order of Dismissal submitted on March 15, 2019 with the Dismissal; and

WHEREAS the Court has requested submission of the confidential settlement agreement ex parte for review, with the understanding that the confidential settlement agreement will not become part of the record of the above-captioned case;

The parties hereby agree to submit the confidential settlement agreement ex parte for the Court's review.

Dated:  March 27, 2019         SIERRA IP LAW, PC

                               By    /s/William K. Nelson
                                     William K. Nelson
                                     Attorney for Plaintiff


Dated:  March 27, 2019         TERPSTRA HENDERSON

                               By    /s/Katie O. Lucchesi
                                     Katie O. Lucchesi
                                     Attorney for Defendant