UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANETTE SPYKSMA,<br><br>    Plaintiff,<br><br>    v.<br><br>SALIDA CHAMBER OF COMMERCE,<br><br>    Defendant. | Case No. 1:18-cv-01116-BAM<br><br>ORDER REGARDING STIPULATION TO DISMISS ACTION AND RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT<br><br>(Doc. No. 22) |

On March 15, 2019, the parties filed a stipulation dismissing this action, with prejudice, and requesting that the Court retain jurisdiction to enforce the terms of their settlement agreement. (Doc. No. 22.)

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. This action is dismissed, with prejudice, by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). All pending dates and matters are VACATED. Each party is to bear its own attorneys' fees and costs incurred to date.

///
///
///
///
///

1

2. Notwithstanding the dismissal, the Court specifically retains jurisdiction through September 30, 2020, to enforce the terms of the parties' Confidential Settlement Agreement dated March 15, 2019.

IT IS SO ORDERED.

Dated: __**April 3, 2019**__         /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE